United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATISH RAMACHANDRAN,<br><br>              Plaintiff,<br><br>        v.<br><br>CITY OF LOS ALTOS, et al.,<br><br>              Defendants. | Case No.  23-cv-02928-SVK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

      Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Virginia K. DeMarchi for consideration of whether the case is related to *Ramachandran v. City of Los Altos, et al.*, Case No. 18-cv-1223-VKD.

      **SO ORDERED.**

Dated: June 14, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge