UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATISH RAMACHANDRAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF LOS ALTOS, et al.,<br><br>    Defendants. | Case No.23-cv-02928-SVK<br><br>**JUDGMENT** |

On April 22, 2024, the Court granted the motions to dismiss filed by Defendants Pamela Jacobs, City of Los Altos, Kirk Ballard, Jon Biggs, and Chris Jordan and thereby dismissed without leave to amend the operative First Amended Complaint in its entirety. Dkt. 93. The Court also granted the motion to strike filed by Defendants City of Los Altos, Kirk Ballard, Jon Biggs, and Chris Jordan and thereby struck the second, fourth, sixth, and eighth causes of action in the First Amended Complaint. *Id.* Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of Defendants and against Plaintiff Satish Ramachandran.

On August 22, 2024, the Court issued a final order imposing sanctions against Plaintiff pursuant to Federal Rule of Civil Procedure 11 in the form of a $10,000.00 penalty payable to the Court by September 23, 2024. Dkt. 115.

The Clerk of Court shall close the file in this matter.

**SO ORDERED.**

Dated: September 19, 2024

_____
SUSAN VAN KEULEN
United States Magistrate Judge